UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DAVID BROWN, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | C.A. No. 3:19-cv-115 | |
| § | | |
| JFC INTERNATIONAL, INC., and § | | |
| AURELIO MEDINA, § | | |
| § | | |
| Defendant. § | | |

**DEFENDANTS JFC INTERNATIONAL, INC., AND
AURELIO MEDINA'S NOTICE OF REMOVAL**

Defendants JFC International, Inc., and Aurelio Medina file this joint Notice of Removal based on diversity of citizenship pursuant to 28 U.S.C. § 1332 and in support thereof would respectfully show the Court the following:

**I.
BASIS FOR REMOVAL**

1. Removal is proper under 28 U.S.C. § 1332 based on diversity of citizenship because Plaintiff David Brown ("Plaintiff"), Defendant JFC International, Inc., ("JFC") and Defendant Aurelio Medina ("Medina") are citizens of different states and Plaintiff is seeking damages in excess of $75,000.

2. On March 14, 2019, Plaintiff filed this lawsuit, which arises out of an injury that allegedly occurred during a delivery, against JFC and Medina the 168th District Court of El County, Texas. The lawsuit is styled Cause 2019DCV0937; *David Brown v. JFC International, Inc., and Aurelio Medina.*

3. In his petition, Plaintiff states that he is an individual that is a citizen of New Mexico. (Please see Plaintiff's Original Petition attached as Exhibit A).

4. As stated in Plaintiff's petition, JFC is corporation incorporated under the laws of California, and its principle place of business is in Los Angeles, California. (Exhibit A); (JFC International, Inc.'s Business Details page from California Secretary of State attached as Exhibit B).

5. As stated in Plaintiff's petition, Aurelio Medina is an individual and citizen of the state of Arizona. (Exhibit A).

6. In his petition, Plaintiff states that he seeks monetary relief exceeding the limits set out in TEX. R. CIV. P. 47(c)(1) and affirmatively pleads that the monetary damages sought will fall within the limits set out in TEX. R. CIV. P. 47(c)(5). (Exhibit A). Therefore, Plaintiff seeks monetary relief over $1,000,000. TEX. R. CIV. P. (c)(5).

7. Because Plaintiff, JFC, and Medina are citizens of different states, and Plaintiff is seeking recovery against JFC and Medina in excess of $75,000, the elements for removal under U.S.C. § 1332 are satisfied.

8. JFC received a copy of Plaintiff's Original Petition on March 25, 2019, through its registered agent Masakuza Kaneda, which was JFC's first notice of the summons and petition. Therefore, this Notice of Removal is timely under U.S.C. § 1446. (Return receipt attached as Exhibit C).

9. Medina received a copy of Plaintiff's Original Petition on March 21, 2019, which was Medina's first notice of the summons and petition. Therefore, this Notice of Removal is timely under U.S.C. § 1446. (Exhibit D).

10. Both JFC and Medina filed an Answer on April 17, 2019 (Exhibit E).

11. All pleadings, process, orders, and other filings in the state court action are attached to this Notice as required by 28 U.S.C. § 1446(a). A copy of this Notice is also

concurrently being filed with the state court and served upon Plaintiff as required by 28 U.S.C. § 1446(d).

12. Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace El Paso County, Texas, the place where the removed action is pending.

## II.
## PRAYER

BASED ON THE FOREGOING, Defendant JFC and Defendant Medina request that this action be removed from the 168th Judicial District Court in El Paso County, Texas to the United States District Court for the Western District of Texas, El Paso Division.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Randy A. Nelson*
    Randy A. Nelson
    State Bar No. 14904800

700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8228
Facsimile: (214) 871-8209
E-Mail: rnelson@thompsoncoe.com

**ATTORNEY FOR DEFENDANTS JFC INTERNATIONAL, INC. AND AURELIO MEDINA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been submitted electronically with the clerk of the U.S. District Court, Western District of Texas, Austin Division, using the court's electronic case file system. I hereby certify that I have served the same on all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

**By: E-file**

>   Jason Medina
>   State Bar No. 24046417
>   GLASHEEN, VALLES & INDERMAN, LLP
>   P.O. Box 1976 (79408-1976)
>   1302 Texas Avenue
>   Lubbock, Texas 79401
>   (806) 776-1332 – Direct
>   (806) 329-0595 – Facsimile
>   efile.jmedina@gvilaw.com
>   *Attorney for Plaintiff*

**Counsel for Plaintiff**


Date: April 19, 2019

>   */s/ Randy A. Nelson*_____
>   Randy A. Nelson